GRIEVANCE ADMINISTRATOR v GOLDEN, No. 114802. In lieu of granting leave to appeal, the matter is remanded to the Attorney Discipline Board for reconsideration and application of the American Bar Association Standards for Imposing Lawyer Sanctions. MCR 7.302(F)(1). *Grievance*

*Administrator v Lopatin*, 462 Mich 235 (2000). Jurisdiction is not retained.

*Rehearing Denied October 2, 2000:*